AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

SEP 7 2022 AM10:32
FILED - USDC - BPT - CT

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Information associated with cellular telephones assigned call numbers 475-201-7508 and 475-224-9759 that are stored at premises controlled by AT&T Corporation

) 
) 
) Case No. 3:22MJ 823 (SDV)
) 
) 
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A-1, attached hereto and incorporated by reference. This court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A).

located in the _____Southern_____ District of _____Florida_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B-1, attached hereto and incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1), 924(c), 1959, 1962 | Unlawful possession of a firearm by a convicted felon, possession of a firearm in furtherance of a crime of violence, conspiracy to do so, VCAR, and RICO |
| 21 U.S.C. §§ 841(a)(1), 846 | Possession with intent to distribute narcotics and conspiracy to do the same |

The application is based on these facts:

See attached affidavit of Sepcial Agent Michael Oppenheim, ATF.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

SA Michael Oppenheim, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/6/2022

*Judge's signature*

City and state: Bridgeport, Connecticut

Hon. S. Dave Vatti, U.S. Magistrate Judge
*Printed name and title*

A1-1

## ATTACHMENT A-1

### Property to Be Searched (AT&T)

Records and information associated with the following cellular telephones (the "Accounts"), which are stored at premises controlled by AT&T, a wireless telephone service provider headquartered at 11760 U.S. Highway 1, North Palm Beach, FL (the "Provider"):

1. The cellular telephone assigned call number 475-201-7508; and

2. The cellular telephone assigned call number 475-224-9759.

## ATTACHMENT B-1

### Things To Be Seized (AT&T)

**I.   Information to be Disclosed by the Provider**

To the extent that the information described in Attachment A-1 is within the possession, custody, or control of the Provider, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the following information pertaining to the Accounts listed in Attachment A-1 for the time period April 27, 2021, to July 5, 2021:

    a.  The following information about the customers or subscribers of the Accounts:

        i.   Names (including subscriber names, user names, and screen names);

        ii.  Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

        iii.  Local and long distance telephone connection records;

        iv.  Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

        v.   Length of service (including start date) and types of service utilized;

        vi.  Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

        vii.  Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

        viii.  Means and source of payment for such service (including any credit card or bank account number) and billing records.

B1-2

    b. All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Accounts, including:

        i. the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses); and

        ii. information regarding the cell tower and antenna face (also known as "sectors") through which the communications were sent and received.

## II. Information to be Seized by the Government

All information described above in Section I that constitutes evidence, fruits, contraband, and instrumentalities of violations of Title 18, United States Code, Section 1962(d) (Racketeering Conspiracy); Title 18, United States Code, Section 1959 (Violent Crimes in Aid of Racketeering); Title 18, United States Code, Section 922(g) (Possession of a Firearm by a Prohibited Person); Title 18, United States Code, Section 924(c) (Possession of a Firearm in Furtherance of Drug Trafficking); and Title 21, United States Code, Sections 841(a)(1) and 846 (Distribution and Possession with Intent to Distribute Narcotics and Conspiracy to Possess with Intent to Distribute and to Distribute Narcotics) (the "Subject Offenses") involving the individuals named in the affidavit during the period April 27, 2021, to July 5, 2021.

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate the things particularly described in this Warrant.